WILLIAM F. KUNTZ, Respondent, *v.* THE C. C. WHITE COMPANY, Appellant.

*Supreme Court, First Department, General Term, January* 24, 1890.

*Injunction. Vacation.*—An injunction, which is granted upon the complaint alone, should be dissolved, where the answer denies all the equities.

Appeal by defendant from an order made at a special term, appointing George F. Langbein the receiver of all the credits, accounts and causes of action due or belonging to the defendant corporation on the 5th day of October, 1889, together with any moneys that may have been collected by the plaintiff, with the usual powers of such receiver, and the said receiver was directed to take possesssion of all the contracts, claims, demands, accounts and things in action, belonging or owing to the defendant, the C. C. White Company, on the 5th day of October, 1889, and to collect, preserve and protect the same, and to manage and conduct any proceeding necessary with reference thereto.

*J. Fromme,* for appellant.

*W. T. McCorkle,* for respondent.

PER CURIAM.—The injunction in this case was granted upon the complaint alone, and the answer denies all the equities of the bill. Upon the principles which have long obtained in such cases this injunction should have been dissolved.

The order should be reversed, with ten dollars costs and disbursements, and the injunction dissolved.

VAN BRUNT, P. J., BRADY, and DANIELS, JJ., concur.